## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 16-06463

Sheriff's Sale Date: _____

v.

QUEEN E. CLARK; et al.
**Defendant (Respondent)**

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served QUEEN E. CLARK the above process on the 23 day of February, 2017, at 6:30 o'clock, PM, at 249 SEYMOUR STREET #10 LANCASTER, PA 17603, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of _Pa_ )
                              ) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally, appeared _Jeffrey Clohessy_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158213
Case ID #: 4821120

Subscribed and sworn to before me this _24_ day of _Feb_, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

PCO / Brittni A.

| USPS Manifest Mailing System | | | | | Page 1 |
|---|---|---|---|---|---|
| **Mailer's Name & Address**<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | **Permit Number**<br>123 | | | **MAC Ver. Number**<br>ConnectShip Progistics 6.5 | |
| | **Sequence Number**<br>5914-1 | | | **Class of Mail**<br>Mixed | |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703800755254<br>9171999991703800755254 | ROYER, CARL<br>50 West Catawissa St.<br>FL 1<br>Nesquehoning, PA 18240 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800755261<br>9171999991703800755261 | ROYER, CARL<br>203 West Mill Street<br>Nesquehoning, PA 18240 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800755278<br>9171999991703800755278 | CLARK, QUEEN E.<br>249 Seymour Street #10<br>Lancaster, PA 17603 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| Page Totals | 3 | | 2.78 | 14.55 | | | 17.33 |
| Cumulative Totals | 3 | | 2.78 | 14.55 | | | 17.33 |

[Round stamp: PHILA, PA 19106 USPS CONTINENTAL STATION FEB 22 2017]

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____
Signature of Receiving Employee

Round Stamp _____

PS Form 3877 (Facsimile)

Extra Service Codes:
C       Certified
ERR   Return Receipt

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
- [ ] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured
- [ ] Recorded Delivery (International)
- [ ] Registered
- [ ] Return Receipt for Merchandise
- [ ] Signature Confirmation

Affix Stamp Here (if issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE » PITNEY BOWES
ZIP 19106
02 1W
0001391829 FEB. 22. 2017
$ 001.35

USPS CONTINENTAL STATION
FEB 22 2017
PHILA, PA 19106

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | |
| 3. | | TO QUEEN CLARK<br>CLARK, QUEEN E.<br>249 Seymour Street #10<br>Lancaster, PA 17603 | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: (circled)
Total Number of Pieces Received at Post Office:
Postmaster, Per (Name of receiving employee):

See Privacy Act Statement on Reverse

RCO - Back to Brittni Agustin

PS Form **3877**, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen

USA-158213   Sale Date:   Lancaster County

QUEEN E. CLARK

| Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service:<br>☐ Certified    ☐ Recorded Delivery (International)<br>☐ COD         ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt<br>☐ Express Mail  ☐ Signature<br>☐ Insured | Affix Stamp Here issued as a Certificate of mailing; additional copies (bill) Postmark and Receipt | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Article Number | Addressee (Name) | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | | | | | | | | | | | |
| 2. | 0 | CARL ROYER<br>ROYER, CARL Street<br>203 West Mill, PA 18240<br>Nesquehoning | | | | | | | | | |
| 3. | | | | | | | | | | | |
| 4. | | | | | | | | | | | |
| 5. | 0 | CARL ROYER<br>ROYER, CARL<br>50 West Catawissa St.<br>Nesquehoning, PA 18240 | | | | | | | | | |
| 6. | | | | | | | | | | | |
| 7. | | | | | | | | | | | |
| 8. | | | | | | | | | | | |

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 19106
02 1W
0001391829 FEB 22 2017
$ 002.70⁰

PHILA, PA 19106
FEB 22 2017
U.S. CONTINENTAL STATION

Total Number of Pieces Listed by Sender: 2    Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)

USA-163236  Carbon County  Sale Date:

CARL ROYER & THERESA ROYER

PCO - Back to Bertini Aayshn