# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

QUEEN E. CLARK; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-06463

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served QUEEN E. CLARK the above process on the 23 day of February, 2017, at 6:30 o'clock, PM, at 249 SEYMOUR STREET #10 LANCASTER, PA 17603, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_____ )
) SS:
County of _Berks_____ )

Before me, the undersigned notary public, this day, personally, appeared _Jeffrey Clohessy_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158213
Case ID #: 4821120

Subscribed and sworn to before me this _24_ day of _Feb_, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

PCO / Brittni A.

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>5914-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703800755254<br>9171999991703800755254 | ROYER, CARL<br>50 West Catawissa St.<br>FL 1<br>Nesquehoning, PA 18240 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800755261<br>9171999991703800755261 | ROYER, CARL<br>203 West Mill Street<br>Nesquehoning, PA 18240 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800755278<br>9171999991703800755278 | CLARK, QUEEN E.<br>249 Seymour Street #10<br>Lancaster, PA 17603 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| Page Totals<br>Cumulative Totals | 3<br>3 | | 2.78<br>2.78 | 14.55<br>14.55 | | | 17.33<br>17.33 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____        Round Stamp_____
Signature of Receiving Employee

(Round stamp: PHILA, PA 19106 / USPS CONTINENTAL STATION / FEB 22 2017)

PS Form 3877 (Facsimile)               Extra Service Codes:
                                       C       Certified
                                       ERR     Return Receipt

| | RR Fee |
|---|---|
| | RD Fee |
| | SH Fee |
| | SC Fee |
| | DC Fee |
| Due Sender if COD | |
| Insured Value | |
| Actual Value if Registered | |
| Handling Charge | |
| Fee | |
| Postage | |
| Addressee (Name, Street, City, State, & ZIP Code) | |
| Article Number | |

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
☐ Certified     ☐ Recorded Delivery (International)
☐ COD           ☐ Registered
☐ Delivery Confirmation   ☐ Return Receipt for Merchandise
☐ Express Mail  ☐ Signature Confirmation
☐ Insured

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE » PITNEY BOWES
ZIP 19106
02 1W
0001391829 FEB 22 2017
$ 001.35⁰

USPS CONTINENTAL STATION FEB 22 2017 PHILA, PA 19106

2. QUEEN CLARK
CLARK, QUEEN E.
249 Seymour Street #10
Lancaster, PA 17603

Total Number of Pieces Listed by Sender / Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)   Sale Date:   Complete by Typewriter, Ink, or Ball Point Pen

USA-158213   Lancaster County

QUEEN E. CLARK

RCO - Back to Brithi, Agustin